Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GERMAN TUGAS, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>              Plaintiff,<br><br>   v.<br><br>HILL-ROM COMPANY, INC., and DOES 1-100, inclusive,<br><br>              Defendants. | **Case No. 2:15-cv-02426-JAM-CKD**<br><br>Assigned to The Honorable John A. Mendez<br><br>**STIPULATION REQUESTING EXTENSION OF CURRENT DEADLINE TO CONDUCT THE PARTIES' RULE 26(F) CONFERENCE AND TO FILE THE JOINT STATUS REPORT**<br><br>Complaint filed August 24, 2015<br>First Amended Complaint filed December 21, 2015 |

1

William Turley (SBN: 122408)
bturley@turleylawfirm.com
David Mara (SBN: 230498)
dmara@turleylawfirm.com
The Turley Law Firm, APLC
7428 Trade Street
San Diego, CA 92121
Telephone:   (619) 234-2833
Facsimile:    (619) 234-4048

Attorneys for Plaintiff
GERMAN TUGAS


Joan B. Tucker Fife (SBN: 144572)
JFife@winston.com
Emily C. Schuman (SBN: 271915)
ESchuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400


Attorneys for Defendant
HILL-ROM COMPANY, INC.

2

STIPULATION REQUESTING EXTENSION TO CONDUCT 26(f) CONFERENCE AND TO FILE JOINT STATUS REPORT
CASE NO. 2:15-cv-02426-JAM-CKD

**THIS STIPULATION** is hereby entered into by and between Plaintiff German Tugas and Defendant Hill-Rom Company, Inc. ("Hill-Rom") pursuant to Eastern District of California Local Rule 143(a)(1).

## **RECITALS**

**WHEREAS,** the Court issued an Order on November 23, 2015 requiring the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint status report by January 19, 2016 (dkt. 2);

**WHEREAS,** Plaintiff filed his First Amended Complaint on December 21, 2015 (dkt. 6) that contained new allegations not previously set forth in the original Complaint (dkt. 1);

**WHEREAS,** Hill-Rom timely answered on January 7, 2016 (dkt. 7);

**WHEREAS,** the parties communicated on January 14, 2016 and agreed that a more comprehensive meet and confer pursuant to Rule 26(f) and a more tailored joint status report could be submitted if the parties had additional time to review the case as alleged in Plaintiff's First Amended Complaint;

**WHEREAS**, the parties do not seek this continuance for purposes of delay, but, rather, to efficiently and thoroughly manage the case in regards to timelines, substance, and procedure;

**NOW, THEREFORE**, the parties hereby stipulate to, and request that the Court order, that the parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and their deadline to file a joint status report shall be extended 30 days, to February 18, 2016.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///

3

STIPULATION REQUESTING EXTENSION TO CONDUCT 26(f) CONFERENCE AND TO FILE JOINT STATUS REPORT
CASE NO. 2:15-cv-02426-JAM-CKD

Dated: January 14, 2016            **THE TURLEY LAW FIRM, APLC**


                                   By:   */s/ William Turley* (as authorized on January 14, 2016)
                                         William Turley


Dated: January 14, 2016            **WINSTON & STRAWN LLP**


                                   By:   */s/ Emily C. Schuman*
                                         Emily C. Schuman


## ORDER

Having considered the Joint Stipulation submitted by the parties, and for good cause appearing therefore, **IT IS SO ORDERED** that the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file their joint status report by February 18, 2016.


Dated: 1/15/2016                        /s/ John A. Mendez
                                        Honorable John A. Mendez
                                        United States District Court
                                        Eastern District of California

4

STIPULATION REQUESTING EXTENSION TO CONDUCT 26(f) CONFERENCE AND TO FILE JOINT STATUS REPORT
CASE NO. 2:15-cv-02426-JAM-CKD