Counsel listed on the following page

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GERMAN TUGAS, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HILL-ROM COMPANY, INC., and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 2:15-cv-02426-JAM-CKD**<br><br>Assigned to The Honorable John A. Mendez<br><br>**STIPULATION REGARDING EARLY MEDIATION AND REQUESTING EXTENSION OF CURRENT DEADLINE TO CONDUCT THE PARTIES' RULE 26(F) CONFERENCE AND TO FILE THE JOINT STATUS REPORT**<br><br>Complaint filed August 24, 2015<br>First Amended Complaint filed December 21, 2015 |

William Turley (SBN: 122408)
bturley@turleylawfirm.com
David Mara (SBN: 230498)
dmara@turleylawfirm.com
The Turley Law Firm, APLC
7428 Trade Street
San Diego, CA 92121
Telephone:   (619) 234-2833
Facsimile:   (619) 234-4048

Attorneys for Plaintiff
GERMAN TUGAS


Joan B. Tucker Fife (SBN: 144572)
JFife@winston.com
Emily C. Schuman (SBN: 271915)
ESchuman@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400


Attorneys for Defendant
HILL-ROM COMPANY, INC.

2

STIPULATION REGARDING EARLY MEDIATION AND REQUESTING EXTENSION TO CONDUCT 26(f) CONFERENCE
AND TO FILE JOINT STATUS REPORT
CASE NO. 2:15-cv-02426-JAM-CKD

**THIS STIPULATION** is hereby entered into by and between Plaintiff German Tugas and Defendant Hill-Rom Company, Inc. ("Hill-Rom") pursuant to Eastern District of California Local Rule 143(a)(1).

## **RECITALS**

**WHEREAS,** the Court issued an Order on January 15, 2016 requiring the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint status report by February 18, 2016 (dkt. 10);

**WHEREAS,** the parties met and conferred and agreed that early mediation may be productive;

**WHEREAS,** the parties have begun the process of finding a mediator and scheduling mediation to take place within the next few months (based on mediators' availability);

**WHEREAS,** the parties have agreed that a Rule 26(f) conference and joint status report would be more targeted and productive if they were completed after early mediation (if the case does not settle);

**WHEREAS**, the parties do not seek this continuance for purposes of delay, but, rather, to efficiently and thoroughly manage the case in regards to timelines, substance, and procedure;

**NOW, THEREFORE**, the parties hereby stipulate to, and request that the Court order, that the parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and their deadline to file a joint status report shall be extended 60 days to enable time for mediation, to April 18, 2016.

**IT IS SO STIPULATED.**

///
///
///
///
///

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Dated: February 18, 2016        **THE TURLEY LAW FIRM, APLC**

                               By:    */s/ David Mara* (as authorized on February 18, 2016)
                                      David Mara


Dated: February 18, 2016        **WINSTON & STRAWN LLP**

                               By:    */s/ Emily C. Schuman*
                                      Emily C. Schuman


## ORDER

Having considered the Joint Stipulation submitted by the parties, and for good cause appearing therefore, **IT IS SO ORDERED** that the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file their joint status report by April 18, 2016.


Dated:  2/19/2016                       /s/ John A. Mendez
                                        Honorable John A. Mendez
                                        United States District Court
                                        Eastern District of California

4

STIPULATION REGARDING EARLY MEDIATION AND REQUESTING EXTENSION TO CONDUCT 26(f) CONFERENCE
AND TO FILE JOINT STATUS REPORT
CASE NO. 2:15-cv-02426-JAM-CKD