1 | Counsel listed on the following page
2 |
3 |
4 |
5 |
6 |
7 |
8 |            **UNITED STATES DISTRICT COURT**
9 |            **EASTERN DISTRICT OF CALIFORNIA**
10 |           **SACRAMENTO DIVISION**
11 |

| | |
|---|---|
| GERMAN TUGAS, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HILL-ROM COMPANY, INC., and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 2:15-cv-02426-JAM-CKD**<br><br>Assigned to The Honorable John A. Mendez<br><br>**STIPULATION REQUESTING EXTENSION OF CURRENT DEADLINE TO CONDUCT THE PARTIES' RULE 26(F) CONFERENCE AND TO FILE THE JOINT STATUS REPORT**<br><br>Complaint filed August 24, 2015<br>First Amended Complaint filed December 21, 2015 |

1

CERTIFICATE OF SERVICE                    CASE NO. 2:15-cv-02426-JAM-CKD

| | |
|---|---|
| 1 | William Turley (SBN: 122408) |
|   | bturley@turleylawfirm.com |
| 2 | David Mara (SBN: 230498) |
|   | dmara@turleylawfirm.com |
| 3 | The Turley Law Firm, APLC |
|   | 7428 Trade Street |
| 4 | San Diego, CA 92121 |
|   | Telephone:    (619) 234-2833 |
| 5 | Facsimile:    (619) 234-4048 |
| 6 | Attorneys for Plaintiff |
|   | GERMAN TUGAS |
| 7 | |
| 8 | Joan B. Tucker Fife (SBN: 144572) |
|   | JFife@winston.com |
| 9 | Emily C. Schuman (SBN: 271915) |
|   | ESchuman@winston.com |
| 10 | WINSTON & STRAWN LLP |
|    | 101 California Street, Suite 3900 |
| 11 | San Francisco, CA 94111 |
|    | Telephone:    (415) 591-1000 |
| 12 | Facsimile:    (415) 591-1400 |
| 13 | |
|    | Attorneys for Defendant |
| 14 | HILL-ROM COMPANY, INC. |

1

CERTIFICATE OF SERVICE                    CASE NO. 2:15-cv-02426-JAM-CKD

1     **THIS STIPULATION** is hereby entered into by and between Plaintiff German Tugas and

2 Defendant Hill-Rom Company, Inc. ("Hill-Rom") pursuant to Eastern District of California Local

3 Rule 143(a)(1).

4     **RECITALS**

5     **WHEREAS,** the Court issued an Order on Febreuary 19, 2016 requiring the parties to meet

6 and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint status report by April

7 18, 2016 (dkt. 12);

8     **WHEREAS,** the parties met and conferred and agreed that early mediation may be

9 productive;

10     **WHEREAS,** the parties scheduled a mediation with Mark Rudy, a highly respected wage

11 and hour class action mediator;

12     **WHEREAS,** the mediation is scheduled to take place on August 16, 2016, which was the

13 mediator's earliest available mediation date;

14     **WHEREAS**, the parties agree to update the Court within 30 days after the completion of the

15 August 16, 2016 mediation and, if settlement is not achieved, the parties agree to file a Rule 26(f)

16 Report by September 15, 2016;

17     **WHEREAS**, the parties do not seek this continuance for purposes of delay, but, rather, to

18 efficiently and thoroughly manage the case in regards to timelines, substance, and procedure;

19     **NOW, THEREFORE**, the parties hereby stipulate to, and request that the Court order, that

20 the parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and their

21 deadline to file a joint status report shall be extended until 30 days after the scheduled August 16,

22 2016 mediation, to September 15, 2016.

23

24 **IT IS SO STIPULATED.**

25 *///*

26 *///*

27 *///*

28 *///*

Dated: April 18, 2016            **THE TURLEY LAW FIRM, APLC**


By:     */s/ William Turley*
        William Turley


Dated: April 18, 2016            **WINSTON & STRAWN LLP**


By:     */s/ Joan Tucker Fife*   (as authorized on April 18, 2016)
        Joan Tucker Fife


# [PROPOSED] ORDER

Having considered the Joint Stipulation submitted by the parties, and for good cause appearing therefore, **IT IS SO ORDERED** that the parties shall update the court regarding the results of the mediation or meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file their joint status report by September 15, 2016.


Dated:  4/18/2016                         /s/ John A. Mendez
                                          Honorable John A. Mendez
                                          United States District Court
                                          Eastern District of California

1

CERTIFICATE OF SERVICE                                        CASE NO. 2:15-cv-02426-JAM-CKD