FILED

JUN 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GERMAN TUGAS, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HILL-ROM COMPANY, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02426-JAM-CKD<br><br>Assigned to The Honorable John A. Mendez<br><br>[~~PROPOSED~~] ORDER GRANTING AWARD OF ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE PAYMENT AND SETTLEMENT ADMINISTRATION COSTS<br><br>Date: June 6, 2017<br>Time: 1:30 p.m.<br>Ctrm: 6<br><br>Complaint filed August 24, 2015 |

Plaintiff's motion for an order granting an award of attorneys' fees, costs, class representative payment, and settlement administration fees duly came on for hearing on June 6, 2017, before the Honorable John A. Mendez. All counsel were present for the hearing.

**FINDINGS:**

Based on the oral and written argument and evidence presented in connection with the

---

[Proposed] Order Granting Award of Attorneys' Fees, Costs, Class Representative Payment, and Claims Administration Fees

motion, the Court makes the following findings:

1. Class Counsel have conferred a benefit on absent Class Members and having expended efforts to secure a benefit to the Class are entitled to a fee and, accordingly, the Court approves the application of Class Counsel for $187,500 for their attorneys' fees and $11,906 for litigation costs. The Court does not find the attorney fee award of $187,500 and costs of $11,906 are a disproportionate distribution of the Settlement under *In Re Bluetooth Product Liability Case* (*"Bluetooth"*) (9th Cir. 2011) 654 F.3d 935. The Court also finds that the attorney fee award here is not unreasonable under *Bluetooth*, because the parties did not arrange for fees to revert to Defendant in the event the Court awarded less than requested.

2. The Class Representative payment in the amount of $5,000 for Plaintiff German Tugas is approved and ordered paid in accordance with the terms of the Settlement Agreement.

3. That the appointed Settlement Administrator CPT Group, Inc. ("CPT") fees and costs in the sum of $10,500 for services rendered and to be rendered in connection with the completion of its duties pursuant to the Settlement and as set forth in the Declaration of Abel Morales, on behalf of CPT, filed in support of the Motion for Final Approval of Class Action Settlement and Entering Judgment is hereby approved and ordered paid in accordance with the terms of the Settlement Agreement.

4. Within twenty (20) days of the Effective Date, the Court directs Defendant to transmit the $750,000 Maximum Settlement Fund to the Settlement Administrator in the manner and at the times set forth in Paragraph 47 of the Settlement Agreement.

5. Within fourteen (14) days after the Settlement Administrator receives the funds, the Court directs the Settlement Administrator to disburse the following out of the Maximum Settlement Fund, pursuant to Paragraphs 47(a) through 47(f):

2
[Proposed] Order Granting Award of Attorneys' Fees, Costs, Class Representative Payment, and Claims Administration Fees
Case No. 2:15-cv-02426-JAM-CKD

a. To each Settlement Class Member, an Individual Settlement Payment, as calculated by the Settlement Administrator;

b. To CPT, the appointed Settlement Administrator, its fees and costs in the sum of $10,600 for services rendered in connection with its duties and responsibilities pursuant to the Settlement Agreement.

c. To Plaintiff German Tugas, the Class Representative Enhancement Payment in the amount of $5,000.

d. To Class Counsel, the Class Counsel Fees in the sum of $187,500 (25% of the Maximum Settlement Fund).

e. To Class Counsel, the Class Counsel Expenses in the sum of $11,906.

f. To the Labor and Workforce Development Agency, the PAGA Payment in the sum of $15,000.

6. The Court retains jurisdiction over the administration and effectuation of the Settlement, including, but not limited to, the ultimate disbursal to the Settlement Class Members, payment of Class Counsel Fees, Class Counsel Expenses, the Class Representative Enhancement Payment, the Settlement Administration Costs, the PAGA Payment and any other issue related to this Settlement.

**IT IS SO ORDERED.**

Dated: 6-6-2017

Hon. John A. Mendez
United States District Court Judge